UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASANOVA ANTONIO SOLOMAN, et al.,<br>Plaintiffs,<br>v.<br>SAN FRANCISCO COUNTY JAIL, et al.,<br>Defendants. | Case No. 26-cv-02060-RFL<br><br>**ORDER OF DISMISSAL** |

Casanova Soloman, a detainee at San Francisco County Jail and Lovell Temple, a former detainee at the jail, proceeding *pro se*, filed a joint civil rights complaint pursuant to 42 U.S.C. § 1983. On May 20, 2026, the Court dismissed the complaint with leave to file an amended complaint by June 26, 2026. (Dkt. No. 16.) Soloman failed to file an amended complaint by the deadline. Mail sent by the Court to Temple at the address on file was returned as undeliverable more than 60 days ago because he was released from custody. (Dkt. No. 13.) A search of the CDCR inmate locator, and of the inmate locator for the county jail in which he was previously housed, shows no information about Plaintiff's location.

Accordingly, this federal civil rights action is DISMISSED without prejudice as to Soloman for failure to prosecute, *see* Federal Rule of Civil Procedure 41(b). The suit is DISMISSED without prejudice as to Temple, because he failed to keep the Court apprised of his current address pursuant to Civil Local Rule 3-11(b) and because he failed to prosecute this matter. [1]

[1] Another Plaintiff, Anthony Jones was previously dismissed from this action for failing to submit a complete application to proceed *in forma pauperis* or pay the filing fee. (Dkt. No. 16.)

Because this dismissal is without prejudice, Plaintiffs may move to reopen the case. Any such motion must (i) have the words MOTION TO REOPEN written on the first page; and (ii) be accompanied by an amended complaint on this Court's form.

The Clerk shall enter judgment in favor of Defendants and close the case.

**IT IS SO ORDERED.**

Dated: July 20, 2026

RITA F. LIN
United States District Judge